

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Angel Anthony Cantu,          * From the 29th District Court
of Palo Pinto County
Trial Court No. 15494.

Vs. No. 11-19-00226-CR          * January 16, 2020

The State of Texas,          * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.